55 So.2d 924

**Ex parte Barbara Jean GRIGGS, pro aml.**

**4 Div. 662.**

Supreme Court of Alabama.

Nov. 6, 1951.

Albert L. Patterson, Phenix City, for petitioner.

PER CURIAM.

Petition dismissed.

53 So.2d 888

**Joseph HENDERSON v. CITY OF BIRMINGHAM.**

**6 Div. 297.**

Supreme Court of Alabama.

June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner.

Chas. H. Brown, Birmingham, opposed.

STAKELY, Justice.

Petition of Joseph Henderson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Henderson v. City of Birmingham, 53 So.2d 893.

Writ denied.

All the Justices concur.

53 So.2d 888

**Alice HILL v. CITY OF BIRMINGHAM.**

**6 Div. 282.**

Supreme Court of Alabama.

June 14, 1951.

Rehearing Denied June 30, 1951.

Geo. E. Trawick, Birmingham, for petitioner

Chas. H. Brown, Birmingham, opposed.

LIVINGSTON, Chief Justice.

Petition of Alice Hill for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Hill v. City of Birmingham, 53 So.2d 893.

Writ denied.

BROWN, FOSTER, and SIMPSON, JJ., concur.